**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

_____

Case No. 02-60397
Summary Calendar
_____

BANK ONE NA

    Plaintiff-Appellee,

v.

JESSIE TAYLOR

    Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Mississippi
(4:01-CV-15-D-B)
_____

October 25, 2002

Before KING, Chief Judge, and DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM[*]:

Appellant challenges the district court's ruling granting Bank One's motion to compel arbitration and to stay the Appellant's pending state law claims and denying Appellant's request for abstention and dismissal, discovery, and a jury trial. This case

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1

is indistinguishable from those that we reviewed and ruled on in the related cases of <u>Bank One, N.A. v. Boyd</u>[2] and <u>Bank One, N.A. v. Lake</u>.[3]  For essentially the same reasons that are set forth in our opinion in <u>Boyd</u> and in the district court's opinion in <u>Bank One, N.A. v. Coates</u>,[4] and <u>Bank One, N.A. v. Taylor</u>,[5] the judgment of the district court in this case is, in all respects, AFFIRMED.

---

[2]    288 F.3d 181 (5th Cir. 2002).

[3]    No. 01-60051 (5th Cir. April 5, 2002) (unpublished).

[4]    125 F. Supp. 2d 819 (S.D. Miss. 2001).

[5]    No. 4:01CV15-D-B (N.D. Miss. May 7, 2002) (order granting petition to compel arbitration).